**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-01575 JAK (CWx) | Date | July 10, 2012 |
| Title | Bruce Perry v. First National Collection Bureau, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On July 3, 2012, Defendant filed "Notice of Settlement" (Dkt. 13). The Court sets an Order to Show Cause re Dismissal for August 6, 2012 at 1:30 p.m. If the parties file a dismissal by August 3, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 17, 2012 Post Mediation Status Conference, December 7, 2012 Exhibit Conference, and December 11, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer    ak